# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NATHAN CRAFT, | Civil Action No. 17-1221 (PGS) |
| Petitioner, | |
| v. | **MEMORANDUM ORDER** |
| WILLIE BONDS, et al., | |
| Respondents. | |

This matter has come before the Court on the Petition for Writ of Habeas Corpus of Petitioner Nathan Craft, for relief under 28 U.S.C. § 2254. The Court dismissed the Petition. ECF No. 9. Thereafter, Petitioner appealed the dismissal. ECF No. 10. Presently before the Court is Petitioner's motion for extension of time to file an *in forma pauperis* ("IFP") application for the purposes of his appeal. ECF No. 12.

However, Petitioner cites to no authority stating that this Court may grant extensions to file an IFP application for the purposes of appeal. Under the Third Circuit Local Appellate Rules, Petitioner has 14 days to file an IFP application or risk dismissal of his appeal. *See* 3d L.A.R. 3.3 & L.A.R. Misc. 107.0. The Court is unaware of any authority that grants a district court the ability to extend deadlines set by the Third Circuit on filings within an appeal after a notice of appeal has been filed. While Federal Rules of Appellate Procedure authorizes this Court to entertain an IFP motion for the purposes of appeal, *see* Fed. R. App. P. 24(a)(1), it does not state that the Court can extend the time to file such an motion. Absent an express grant of authority, this Court is powerless to manage the Third Circuit's docket. If Petitioner wishes to obtain an extension, he must make his request directly to the Third Circuit.

IT IS therefore on this __3__ day of __October__, 2017,

ORDERED that the request for extension of time to file an IFP application, ECF No. 12, is hereby **DENIED**; and it is further

ORDERED that that the Clerk shall serve this Order upon Petitioner by regular mail.

_____
Peter G. Sheridan, U.S.D.J.